# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 7, 2025

Lyle W. Cayce
Clerk

———————————

No. 24-11028
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Kristopher Sterling,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-139-1

———————————————————

Before Smith, Graves, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Kristopher Sterling has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sterling has not filed a response.

We have reviewed counsel's brief and relevant portions of the record.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-11028

We concur with counsel that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.